# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2082
LT Case No. 2021-CA-000116

_____

EDWARD R. LEVINE,

    Appellant,

    v.

VICTOR O. MEAD,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Edward R. Levine, Titusville, pro se.

Victor O. Mead, of the Law Offices of Victor O. Mead, Winter Park, pro se.

February 20, 2024


PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____